**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| GULED HASSAN DURAN (ISN 10023), | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Civil Action No. 16-2358 (RBW) |
| | ) | |
| DONALD J. TRUMP, et al., | ) | |
| | ) | |
| Respondents. | ) | |

## ORDER

Upon consideration of the respondents' Unopposed Motion for Extension of Time for Respondents to Respond to the Court's October 7, 2020 Order, ECF No. 110, and for good cause shown, it is hereby

**ORDERED** that the respondents' Unopposed Motion for Extension of Time for Respondents to Respond to the Court's October 7, 2020 Order, ECF No. 110, is **GRANTED**. It is further

**ORDERED** that the deadline for the respondents to respond to the Court's October 7, 2020 Order is **EXTENDED** to December 18, 2020.

**SO ORDERED** this 12th day of November, 2020.

REGGIE B. WALTON
United States District Judge